In the Matter of MORITZ SCHWARTZ, Deceased. HARRY SCHWARTZ, Appellant. — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ISAAC KALMOWITZ, Deceased.— Motion to dismiss appeal

granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.